JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS HOMAN, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE,<br><br>Defendant. | Case 5:23-cv-2516-JGB-SP<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant's Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Summary Judgment is **GRANTED**.
2. Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.
3. Judgment is **ENTERED** in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: June 3, 2026



_____
Honorable Jesus G. Bernal
United States District Judge